UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVETTE RENEE CALVIN,

Plaintiff,

v.

HALLCON CORPORATION,

Defendant.

Case No. 24-cv-08728-RS

**ORDER DISMISSING CASE**

Defendant's motion to dismiss the complaint in this action was granted on January 21, 2025, with leave to amend. Plaintiff was advised that if no amended complaint was filed by February 28, 2025, the action would be dismissed without prejudice and without further notice. The deadline has passed, and plaintiff has filed nothing. Accordingly, this case is dismissed, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 6, 2025

_____
RICHARD SEEBORG
Chief United States District Judge