UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE RENEE CALVIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HALLCON CORPORATION,<br><br>　　　　Defendant. | Case No. 24-cv-08728-RS<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's motion for leave to proceed in forma pauperis on appeal is denied without prejudice, for failure to comply with the requirements of Rule 4 of the Federal Rules of Appellate Procedure to submit an affidavit that (a) shows in the detail prescribed by Form 4 of the Appendix of Forms her inability to pay or to give security for fees and costs, and (b) states the issues she intends to present on appeal.

**IT IS SO ORDERED**.

Dated: August 5, 2025

_____
RICHARD SEEBORG
Chief United States District Judge